UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| Titeflex Corporation. | ) |
| | ) |
| PLAWTIFF | ) |
| | ) |
| | )   CIVIL ACTION NO: 06-30027-MAP |
| | ) |
| Design by Analysis, Inc., | ) |
| TFS-Technologies, | ) |
| Leonard Discenza, | ) |
| Mehdi Golafshani, Eric Voide | ) |
| and Rivo Consulting Group, | ) |
| | ) |
| DEFENDANTS | ) |
| | ) |

**MOTION TO DISMISS**
**Defendants: Eric Voide and Rivo Consulting Group**

In the above-entitled action, Defendants Eric Voide (hereinafter "Voide") and Rivo Consulting Group (hereinafter "Rivo") respectfully petition and move for dismissal as defendants due to the following:

1. Citing the defendants answer to the amended complaint referenced above, defendants Voide and Rivo never had, nor currently have, tangible information, knowledge and/or interest in the product in question.

2. Citing Dr. Golafshani's written deposition with respect to Voide and Rivo's involvement with Dr. Golafshani and his companies: TFS-Technology and Design by Analysis, defendants Voide and Rivo's relationship with the same ended in August 2006.

It is for these stated reason, defendants Voide and Rivo respectfully request dismissal from the above action with or without prejudice and without cost.

Respectfully submitted,

*[signature]*

Eric W. Voide

# Certificate of Service

I, Eric W. Voide, hereby certify that on the 26th of June 2007, a true and accurate copy of this MOTION TO DISMISS was sent via U.S. Priority Mail to the following:

Bulkley, Richardson & Gelinas, LLP
Attn: Seth M. Wilson, Esq.
1500 Main Street – Suite 2700
Springfield, MA 01115

AND

Shatz, Schwartz & Fentin, PC
Attn: Mark H. Bluver, Esq.
1441 Main Street
Springfield, MA 01103

X_____
Eric W. Voide
June 26, 2007